# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JASON DEMOULIN

CIVIL ACTION

VERSUS

17-115-SDD-RLB

LABOR SMART, INC., ET AL.

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 19, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] is denied.

Baton Rouge, Louisiana the 7 day of June, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 12.
[3] Rec. Doc. 6.